## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No.**   19-cr-00139-CMA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

1.  **JAMES JINKYU LEE,**
2.  **HANNAH LEE,**
3.  **SARAH SANJUAN PALOYO, and**
4.  **JOSHUA KANE SOTO,**

      **Defendants.**

_____

## INDICTMENT
_____

The Grand Jury Charges:

## Count One

Beginning on or about September 1, 2017, and continuing through on or about January 9, 2018, in the State and District of Colorado and elsewhere, the defendants, JAMES JINKYU LEE, HANNAH LEE, SARAH SANJUAN PALOYO, and JOSHUA KANE SOTO, knowingly and willfully conspired and agreed with each other and others, known and unknown, to commit acts and offenses against the laws of the United States, namely bank fraud and identity theft, in violation of Title 18, United States Code, Sections 1344 and 1028(a)(4), and there was interdependence among the members of the conspiracy.

## Purpose of the Conspiracy

The purpose of the conspiracy was for the conspirators to enrich themselves and support their methamphetamine habits by stealing mail, using other people's identities, and depositing and cashing checks and withdrawing cash belonging to other people.

## Manner and Means of the Conspiracy

During all times relevant to the Indictment, it was part of the conspiracy that:

1.      Conspirators obtained counterfeit postal arrow keys, which are master keys capable of opening panel mailboxes and blue collection boxes within a geographic region, and used those keys to open mailboxes and steal mail.

2.      Conspirators moved to new states and cities frequently, renting apartments using the stolen identities of real persons and storing stolen mail inside the apartments.

3.      Conspirators opened bank accounts in order to have accounts into which to deposit stolen, counterfeit, and altered checks.

4.      Conspirators stole checks and personal identifying information from victims, altered or counterfeited those checks, and deposited and cashed those checks for their own financial gain.

## Overt Acts

In furtherance of the conspiracy and to effect its objects, at least one of the conspirators committed at least one of the following acts:

1.      On or about September 8, 2017, the defendant, PALOYO, opened a bank account in the name of a person with the initials A.R. at Mountain America Credit Union

in Utah.

2.      On or about September 15, 2017, the defendant, J. LEE, withdrew cash from the account in the name of a person with the initials A.R. at Mountain America Credit Union in Utah.

3.      On or about September 21, 2017, the defendant, J. LEE, deposited an altered check in the account of a person with the initials M.S. at Mountain America Credit Union in Utah.

4.      On or about September 26, 2017, the defendant, H. LEE, withdrew cash from the account of a person with the initials M.S. at Mountain America Credit Union in Utah.

5.      On or about October 17, 2017, the defendants, J. LEE, H. LEE, and PALOYO, possessed a mailbox lock, fraudulent identifications, stolen checks, a firearm, and methamphetamine in an apartment rented using the name of a person with the initials L.M.

6.      On or about October 17, 2017, the defendant, J. LEE, possessed counterfeit postal arrow keys.

7.      On or about November 17, 2017, the defendant, PALOYO, opened an account in the name of a person with the initials L.Y. at Bellco Credit Union in Denver, Colorado.

8.      On or about November 24, 2017, the defendant, PALOYO, opened an account in the name of a person with the initials S.S. at Credit Union of Colorado in Denver, Colorado.

9.      On or about December 7, 2017, the defendant, PALOYO, stole mail from a panel of mailboxes in the mailroom of 2101 Market Street in Denver, Colorado.

10.     On or about December 11, 2017, the defendant, PALOYO, falsely provided her name as the name of a person with the initials L.Y. to law enforcement officers and personnel.

11.     On or about December 11, 2017, the defendant, H. LEE, falsely provided her name as the name of a person with the initials N.T. to law enforcement officers and personnel.

12.     On or about December 12, 2017, the defendant, SOTO, falsely provided his name as the name of a person with the initials J.B. while paying PALOYO's bond.

13.     On or about December 12, 2017, the defendant, SOTO, presented a driver's license to law enforcement officers and personnel bearing the name of a person with the initials M.G.

14.     On or about and between December 28, 2017 and January 9, 2018, the defendants, J. LEE, H. LEE, PALOYO, and SOTO, possessed stolen mail, stolen checks, and methamphetamine.

All in violation of Title 18, United States Code, Section 371.

## Count Two

18 U.S.C. § 1708

On or about October 17, 2017, in the State and District of Colorado, the defendants, J. LEE, H. LEE, and PALOYO, did knowingly and unlawfully have in their possession a letter and mail which had been stolen and taken from out of a mailbox and

mail receptacle and authorized depository for mail matter, knowing it to have been stolen.

All in violation of Title 18, United States Code, Section 1708.

## Count Three

18 U.S.C. § 1704

On or about October 17, 2017, in the State and District of Colorado, the defendant, J. LEE, did knowingly possess a key suited to any lock adopted by the Postal Service and in use on lock boxes or other authorized receptacles for the deposit of mail matter, and a mail lock, with the intent unlawfully and improperly to use the same.

All in violation of Title 18, United States Code, Section 1704.

## Count Four

18 U.S.C. § 1028A

On or about November 17, 2017, in the State and District of Colorado, the defendant, PALOYO, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, and driver's license number of a person with the initials L.Y., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, bank fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Five

18 U.S.C. § 1028A

On or about November 21, 2017, in the State and District of Colorado, the defendant, J. LEE, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name of a person with the initials L.Y., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, bank fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Six

18 U.S.C. § 1028A

On or about November 24, 2017, in the State and District of Colorado, the defendant, PALOYO, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name and date of birth of a person with the initials S.S., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, bank fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Seven

18 U.S.C. § 1028A

On or about December 4, 2017, in the State and District of Colorado, the defendant, J. LEE, did knowingly transfer, possess, and use, without lawful authority, a

means of identification of another person, to wit, the name of a person with the initials

L.Y., during and in relation to a felony violation enumerated in Title 18, United States

Code, Section 1028A(c), to wit, bank fraud, in violation of Title 18, United States Code,

Section 1344.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Eight

18 U.S.C. § 1028A

On or about December 5, 2017, in the State and District of Colorado, the

defendant, SOTO, did knowingly transfer, possess, and use, without lawful authority,

a means of identification of another person, to wit, the name and date of birth of a

person with the initials J.B., during and in relation to a felony violation enumerated in

Title 18, United States Code, Section 1028A(c), to wit, bank fraud, in violation of Title

18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count Nine

18 U.S.C. § 1028A

On or about December 6, 2017, in the State and District of Colorado, the

defendant, H. LEE, did knowingly transfer, possess, and use, without lawful authority,

a means of identification of another person, to wit, the name of a person with the initials

N.T., during and in relation to a felony violation enumerated in Title 18, United States

Code, Section 1028A(c), to wit, bank fraud, in violation of Title 18, United States Code,

Section 1344.

7

All in violation of Title 18, United States Code, Section 1028A(a)(1).

### Count Ten

18 U.S.C. § 1708

On or about December 7, 2017, in the State and District of Colorado, the defendant, PALOYO, did steal and take from and out of a letter box, mail receptacle, and authorized depository for mail matter, a letter, package, bag, and mail, and any article or thing contained therein.

All in violation of Title 18, United States Code, Section 1708.

### Count Eleven

21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about December 12, 2017, in the State and District of Colorado, the defendant, SOTO, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, 841(a)(1) and (b)(1)(C).

### Count Twelve

18 U.S.C. § 1704

On or about December 28, 2017, in the State and District of Colorado, the defendant, SOTO, did knowingly possess a mail lock with the intent unlawfully and improperly to use the same.

All in violation of Title 18, United States Code, Section 1704.

**Forfeiture Allegation**

1.      The allegations contained in Counts One, Two, and Eleven of this

Indictment are hereby re-alleged and incorporated by reference for the purpose of

alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections

981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States

Code, Section 853.

2.      Upon conviction of the violation alleged in Count One of this Indictment,

involving a conspiracy to violate Title 18, United States Code, Sections 1344 and

1028(a)(4), in violation of Title 18, United States Code, Section 371, defendants JAMES

JINKYU LEE, HANNAH LEE, SARAH SANJUAN PALOYO, and JOSHUA KANE SOTO

shall forfeit to the United States, pursuant to Title 18, United States Code, Section

981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the

defendants' right, title and interest in all property constituting and derived from any

proceeds the defendants obtained directly and indirectly as a result of such offense,

including, but not limited to:   A money judgment in the amount of proceeds obtained by

the by the defendants.

3.      Upon conviction of the violation alleged in Counts Two and Ten of this

Indictment involving a violation of Title 18, United States Code, Section 1708,

defendants, JINKYU LEE, HANNAH LEE, and SARAH SANJUAN PALOYO, shall forfeit

to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C),

and Title 28, United States Code, Section 2461(c), any and all of the defendants' right,

title and interest in all property constituting and derived from any proceeds the

9

defendants obtained directly and indirectly as a result of such offense, including, but not limited to: A money judgment in the amount of proceeds obtained by the defendants.

4.     Upon conviction of the violation alleged in Count Eleven of this Indictment involving a violation of Title 21, United States Code, 841(a)(1) and (b)(1)(C), defendant JOSHUA KANE SOTO, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

5.     If any of the property described above, as a result of any act or omission of the defendants:

a)     cannot be located upon the exercise of due diligence;
b)     has been transferred or sold to, or deposited with, a third party;
c)     has been placed beyond the jurisdiction of the Court;
d)     has been substantially diminished in value; or
e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL

Ink signature on file in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

s/Rebecca S. Weber
REBECCA S. WEBER
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Rebecca.Weber@usdoj.gov

11